[No. 35897-2-II. Division Two. July 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY M. HAVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-02418-4, John P. Wulle, J., entered February 2, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 35957-0-II. Division Two. July 1, 2008.]

CHUNYK & CONLEY/QUAD C, *Respondent*, v. SAMMIE L. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-04178-5, Ronald E. Culpepper, J., entered January 26, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 35988-0-II. Division Two. July 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY CURTIS BERGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00245-2, Richard L. Brosey, J., entered January 30, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[Nos. 26209-0-III; 26247-2-III. Division Three. July 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR PADILLA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL HERRERA, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 06-1-02060-1 and 06-1-02061-9, Maryann C. Moreno, J., entered June 7, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.